DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

4 OCTOBER 2012

| 325P12 | State v. Lamont Kasheen Friend | 1. State's Motion for Temporary Stay (COA11-1442) | 1. Allowed **08/06/11;** Dissolved the Stay **10/04/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 326P12 | State v. Ryan Edward Casler | 1. Def's NOA Based Upon a Constitutional Question (COA11-1142) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 327P12 | State v. Charles Brandon Howell | State's PWC to Review Order of COA (COAP12-596) | Denied |
| 329P11 | State v. Mario Eduardo Ortiz-Zape | 1. State's Motion for Temporary Stay (COA10-1307) | 1. Allowed **08/03/11** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's NOA Based Upon a Constitutional Question | 3. Dismissed *Ex Mero Motu* |
| | | 4. State's Petition in the Alternative for Discretionary Review Under N.C.G.S. § 7A-31 | 4. Allowed |
| 332P12 | State v. Martin Dominquez Berrum | 1. Def's NOA Based Upon a Constitutional Question (COA11-1440) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 333PA11-2 | State v. Robert Lee Earl Joe | 1. State's Motion for Temporary Stay (COA10-1037-2) | 1. Allowed **08/24/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |